LAW OFFICES
MCCALLA RAYMER LEIBERT PIERCE, LLC
BANKRUPTCY DEPARTMENT
420 Lexington Avenue
Suite 840
New York, NY 10170
TELEPHONE: 770-643-7200
TELEFAX: 866-761-0279
1-800-275-7171

April 27, 2021

Clerk, United States Bankruptcy Court
217 Max Rosenn U.S. Courthouse
197 S. Main St.
Wilkes-Barre, PA 18701

**REQUEST FOR SERVICE OF NOTICES**

RE:
| | |
|---|---|
| Debtor | Edward J Decker |
| Case Number | 20-02404 |
| Chapter | 13 |
| Secured Creditor | Fay Servicing, LLC |
| Loan Number | XXXXXX9550 |

Dear Sir / Madam:

    Would you be so kind as to add the following interested party to the mailing / service list in the above referenced case:

Fay Servicing, LLC
c/o MCCALLA RAYMER LEIBERT PIERCE, LLC
Bankruptcy Department
420 Lexington Avenue
Suite 840
New York, NY 10170

    Please provide us with a copy of each notice of any proceeding, hearing and/or report in this matter including, but not limited to notices required by Bankruptcy Rules 2002(g) and the Local Rules of the Bankruptcy Court.

    We appreciate your courtesy in this matter. If you have any questions, please do not hesitate to call me.

Very Truly Yours,

*/s/ Melissa Licker*
c/o MCCALLA RAYMER LEIBERT PIERCE, LLC
420 Lexington Avenue
Suite 840
New York, NY 10170
Phone: 732-902-5384
Email: Melissa.Licker@mccalla.com
Attorney Bar No:

NOA