IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA
WILKES-BARRE DIVISION

IN RE:                                               Case No. 20-02404-MJC
                                                            Chapter 13

Edward J Decker

Debtor(s).

## NOTICE OF APPEARANCE

**U.S. Bank Trust National Association, not in its individual capacity, but solely as Trustee of LSF9 Master Participation Trust**, a Secured Creditor in the above styled proceeding, hereby requests that all matters which must be noticed to creditors, any creditors' committees, and any other parties-in-interest pursuant to FRBP 2002, whether sent by the Court, the Debtor, or any other party in the case, be sent to the undersigned; and pursuant to FRBP 2002(g), requests that the following be added to the Court's Master Mailing List:

                                 **Steven K. Eisenberg, Esquire**
                                 **Stern & Eisenberg, PC**
                                 **1581 Main Street, Suite 200**
                                 **The Shops at Valley Square**
                                 **Warrington, PA 18976**

                               By:    /s/ Steven K. Eisenberg
                                      Steven K. Eisenberg, Esquire
                                      Bar No: 75736
                                      Stern & Eisenberg, PC
                                      1581 Main Street, Suite 200
                                      The Shops at Valley Square
                                      Warrington, PA 18976
                                      Phone: (215) 572-8111
                                      Fax: (215) 572-5025
                                      seisenberg@sterneisenberg.com
                                      Attorney for Creditor

# CERTIFICATE OF SERVICE

   I HEREBY CERTIFY that I caused a true and correct copy of the foregoing Notice of Appearance to be sent by electronic means via the Court's CM/ECF notification system this 20th day of August, 2021, to the following:

Mark E. Moulton
Moulton and Moulton PC
693 State Route 739, Suite #1
Lords Valley, PA 18428
markmoulton@moultonslaw.com
*Attorney for Debtor(s)*


Jack N Zaharopoulos
8125 Adams Drive, Suite A
Hummelstown, PA 17036
info@pamd13trustee.com
*Chapter 13 Trustee*


Asst. U.S. Trustee
228 Walnut Street
Suite 1190
Harrisburg, PA 17101
ustpregion03.ha.ecf@usdoj.gov
*U.S. Trustee*


and by standard first class mail postage prepaid to:

Edward J Decker
145 Twin Lakes Drive
Shohola, PA 18458

*Debtor(s)*


            By:   /s/ Steven K. Eisenberg
                Steven K. Eisenberg, Esquire