United States Bankruptcy Court

Middle District of Pennsylvania

In re:  
Edward J Decker  
    Debtor

Case No. 20-02404-MJC  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0314-5      User: AutoDocke      Page 1 of 3  
Date Rcvd: Aug 10, 2022      Form ID: ordsmiss      Total Noticed: 30

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 12, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Edward J Decker, 145 Twin Lakes Drive, Shohola, PA 18458-4545 |
| cr | + | U.S. Bank Trust National Association, not in its i, Stern & Eisenberg, PC, 1581 Main Street, Suite 200, Warrington, PA 18976-3403 |
| 5351047 | + | Bon Secours, 400 Rella Boulevard, STE 308, Suffern, NY 10901-4256 |
| 5351048 | + | Dave Dworetzky Lawncare Inc, 1 McNamara Lane, Goshen, NY 10924-6104 |
| 5406224 | + | Fay Servicing, LLC, c/o McCalla Raymer Leibert Pierce, LLC, Bankruptcy Department, 420 Lexington Avenue, Suite 840 New York, NY 10170-0840 |
| 5353018 | + | LSF9 Master Participation Trust, c/o McCabe, Weisberg & Conway, LLC, Suite 1400, 123 South Broad Street, Philadelphia, PA 19109-1060 |
| 5351052 | + | Law Office Alan R Ackerman, 1719 Route 10 East STE 106, Parsippany, NJ 07054-4519 |
| 5351054 | + | NBT Bancorp Inc, 52 South Broad Street, Norwhich, NY 13815-1699 |
| 5351056 | + | NJ DOL & WD, PO Box 399, Trenton, NJ 08625-0399 |
| 5351057 | | NY State Dept of Taxation &Finance, Bankruptcy Section, PO Box 5300, Albany NY 12205-0300 |
| 5351055 | + | Newton Sparta Property, LLC/Dunkin, 25 RT 206S, Stanhope, NJ 07874-3264 |
| 5351059 | | Pike County Tax Claim Bureau, 502 Broad St, Milford, PA 18337 |
| 5351060 | + | Sagamore Estates POA, 111 John Ln, Shohola, PA 18458-4520 |
| 5357007 | + | Sagamore Estates Property Owners' Association, PO Box 313, Media, PA 19063-0313 |
| 5351061 | + | Stephanie Decker, 145 Twin Lakes DR, Shohola, PA 18458-4545 |
| 5431564 | + | Stern &Eisenberg, PC, 1581 Main Street, Suite 200, The Shops at Valley Square, Warrington, PA 18976-3403 |

TOTAL: 16

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | ^ | MEBN | Aug 10 2022 18:39:00 | U.S. Bank Trust National Association, not in its i, c/o Fay Servicing, LLC, PO Box 814609, Dallas, TX 75381-4609 |
| 5351686 | | EDI: GMACFS.COM | Aug 10 2022 22:43:00 | Ally Financial, PO Box 130424, Roseville MN 55113-0004 |
| 5351046 | + | EDI: GMACFS.COM | Aug 10 2022 22:43:00 | Ally Financial, P.O. Box 13625, Philadelphia, PA 19101-3625 |
| 5352310 | | Email/PDF: resurgentbknotifications@resurgent.com | Aug 10 2022 18:51:44 | Ashley Funding Services, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5351049 | + | EDI: DISCOVER.COM | Aug 10 2022 22:43:00 | Discover CC, PO Box 15316, Wilmington DE 19850-5316 |
| 5351050 | | EDI: JEFFERSONCAP.COM | Aug 10 2022 22:43:00 | Jefferson Capital Systems, 16 Mcleland RD, ST Cloud, MN 56303 |
| 5351051 | | Email/Text: govtaudits@labcorp.com | Aug 10 2022 18:41:00 | LabCorp, PO Box 2240, Burlington, NC 27216 |
| 5351053 | + | Email/Text: ECMBKMail@Caliberhomeloans.com | Aug 10 2022 18:41:00 | LSF9 Master Participation Trust, 13801 Wireless Way, Oklahoma City OK 73134-2500 |
| 5353873 | + | Email/Text: ECMBKMail@Caliberhomeloans.com | Aug 10 2022 18:41:00 | LSF9 Master Participation Trust, C/O Caliber |

| Recip ID | Bypass | Notice Type | Date/Time | Name and Address |
| --- | --- | --- | --- | --- |
| | | | | Home Loans, 13801 Wireless Way, Oklahoma City, OK 73134-2500 |
| 5351058 | | EDI: PENNDEPTREV | Aug 10 2022 22:43:00 | PA Department of Revenue, Bankruptcy Division, PO Box 280946, Harrisburg, PA 17128-0946 |
| 5351058 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Aug 10 2022 18:41:00 | PA Department of Revenue, Bankruptcy Division, PO Box 280946, Harrisburg, PA 17128-0946 |
| 5358430 | + | EDI: LCIFULLSRV | Aug 10 2022 22:43:00 | Tea Olive, LLC, PO BOX 1931, Burlingame, CA 94011-1931 |
| 5403715 | ^ | MEBN | Aug 10 2022 18:39:01 | U.S. Bank Trust National Association, c/o Fay Servicing, LLC, Bankruptcy Department, PO Box 814609, Dallas, TX 75381-4609, U.S. Bank Trust National Association 75381-4609 |
| 5403714 | ^ | MEBN | Aug 10 2022 18:39:00 | U.S. Bank Trust National Association, c/o Fay Servicing, LLC, Bankruptcy Department, PO Box 814609, Dallas, TX 75381-4609 |
| 5351062 | + | EDI: AIS.COM | Aug 10 2022 22:43:00 | Verizon, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |

TOTAL: 15

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
| --- | --- | --- |
| cr | *+ | Fay Servicing, LLC, c/o McCalla Raymer Leibert Pierce, LLC, Bankruptcy Department, 420 Lexington Avenue, Suite 840, New York, NY 10170-0840 |
| 5406225 | *+ | Fay Servicing, LLC, c/o McCalla Raymer Leibert Pierce, LLC, Bankruptcy Department, 420 Lexington Avenue, Suite 840, New York, NY 10170-0840 |

TOTAL: 0 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 12, 2022     Signature:     /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 10, 2022 at the address(es) listed below:

| Name | Email Address |
| --- | --- |
| Jack N Zaharopoulos (Trustee) | TWecf@pamd13trustee.com |
| Marisa Myers Cohen | on behalf of Creditor LSF9 Master Participation Trust ecfmail@mwc-law.com |
| Marisa Myers Cohen | on behalf of Creditor LSF9 Master Participation Trust by Caliber Home Loans, Inc., solely in its capacity as servicer ecfmail@mwc-law.com |

| | |
|---|---|
| Mark E. Moulton | on behalf of Debtor 1 Edward J Decker markmoulton@moultonslaw.com staff@moultonslaw.com |
| Rebecca Ann Solarz | on behalf of Creditor U.S. Bank Trust National Association not in its individual capacity, but solely as Trustee of LSF8 Master Participation Trust bkgroup@kmllawgroup.com |
| Steven K Eisenberg | on behalf of Creditor U.S. Bank Trust National Association not in its individual capacity, but solely as Trustee of LSF9 Master Participation Trust seisenberg@sterneisenberg.com, bkecf@sterneisenberg.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 7

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

Edward J Decker,   Chapter   13

**Debtor 1**

Case No.   5:20−bk−02404−MJC

### Order

Upon consideration of the Motion to dismiss the case, and having afforded notice and an opportunity for hearing,

**ORDERED** that the case is hereby dismissed as to Debtor 1.

**Notwithstanding the dismissal of this case, the court retains jurisdiction over timely requests for payment of compensation.**

By the Court,

Mark J. Conway, United States Bankruptcy Judge

Dated: August 10, 2022

ordsmiss (05/18)